UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

June R. Williams,

Plaintiff,

v.

The Thomson Corporation, et al.

Defendants.

Civil 00-2256 MJD/SRN

**NOTICE OF STATUS CONFERENCE**

---

You are hereby given notice that a Status Conference in the above-captioned matter will be held via telephone on **November 7, 2000, at 4:30 p.m. Central Standard Time, 5:30 p.m. Eastern Standard Time,** before United States Magistrate Judge Susan Richard Nelson. Each party is ordered to be available by phone and the Court requests that counsel for defendants initiate the call.

DATED: October 20, 2000.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________