**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**June R. Williams,**

**Plaintiff,**

**Civil 00-2256 MJD/SRN**

**ORDER**

**The Thomson Corporation, et al.**

**Defendants.**

---

William Bell, Esq., on behalf of Plaintiff.

Susan Ellingstad, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter was heard by Magistrate Judge Nelson heard on November 7, 2000, in a telephonic status conference. Based on the representations of the parties during the telephonic status conference, **IT IS HEREBY ORDERED** that Defendant will answer or move to dismiss the Complaint no later than November 22, 2000.

Dated: November 8, 2000.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________