138605

RECEIVED BY MAIL
NOV 01 2001
CLERK US DIST. CT.
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Telephone: (651) 848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV-00-2256 MJD/SRN

Case Title: June Williams v. The Thompson Corporation, et al.

## AFFIDAVIT OF MOVANT

I, GEORGE L. MAY, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice WILLIAM D. BELL, SR., an attorney admitted to practice in the U.S. District Court for the Southern District of Ohio, but not admitted to the bar of this Court, who will be counsel for the Plaintiff in the case listed above. I am aware that the local rules of this Court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

George L. May | 6905X | 10/26/01
Signature | MN Attorney Lic. No. | Date

## AFFIDAVIT OF PROPOSED ADMITEE

I, WILLIAM D. BELL, SR., am currently a member in good standing of the U.S. District Court for the Southern District of Ohio, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

William D. Bell, Sr. | [signature] | 10/29/01
Type/Print Name | Signature | Date

Attorney License No. 0027596
Law Firm Name & Address:
William D. Bell, Sr.
Suite 604, Second National Building
830 Main Street
Cincinnati, Ohio 45202
(513) 241-2355

Motion Granted: Richard D. Sletten | NOV 01 2001
For the Court: Richard D. Sletten, Clerk | Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll or admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______