**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**June R. Williams,**

**Plaintiff,**

**v.**

**The Thomson Corporation,**
**Thomson Publishing Corporation,**
**West Publishing Corporation,**
**d/b/a West Legal Publishing**
**d/b/a West Group, Brian Hall,**
**Andrew Prozes, Timothy J. Blank,**
**Jeannine Bieter, Lea Harpster**
**a/k/a Lea Walstrom, Kevin Appold,**
**Kay Engler and Kirk Emmen,**

**Defendants.**

**Civil No. 00-2256 MJD/SRN**

**ORDER**

---

The above matter came on for hearing before the undersigned on January 4, 2002 on Defendants' Motion to Compel pursuant to Rule 37 of the Federal Rules of Civil Procedure [Doc. No. 39].

Based upon all of the pleadings, affidavits, files, records and proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED THAT**:

Defendants' motion to compel answers to Defendants' First Set of Interrogatories and Responses to Defendants' First Set of Document Requests [Doc. No. 39] is **GRANTED**. Plaintiff must serve those responses via facsimile and U.S. Mail on or before January 18, 2002.

Dated: January 5, 2002

Susan Richard Nelson
United States Magistrate Judge

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK