# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**June R. Williams,**

**Plaintiff,**

**v.**

**The Thomson Corporation, Thomson Publishing Corporation, West Publishing Corporation, d/b/a West Legal Publishing d/b/a West Group, Brian Hall, Andrew Prozes, Timothy J. Blank, Jeannine Bieter, Lea Harpster a/k/a Lea Walstrom, Kevin Appold, Kay Engler and Kirk Emmen,**

**Defendants.**

**Civil No. 00-2256 MJD/SRN**

**ORDER**

---

Having reviewed all of the files, records, and proceedings herein, the Court hereby orders that the Pretrial Scheduling Order dated October 31, 2001, is amended as follows:

1. The date by which dispositive motions shall be served, filed and heard is amended from **September 1, 2002, to November 1, 2002;** and

2. The trial ready date shall be amended from **November 1, 2002, to February 1, 2003.**

**IT IS SO ORDERED.**

Dated: June 28, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

JUN 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK