ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

June R. Williams,

Civil 00-2256 MJD/SRN

Plaintiff,

v.

The Thomson Corporation,
Thomson Publishing Corporation,
West Publishing Corporation,
d/b/a West Legal Publishing
d/b/a West Group, Brian Hall,
Andrew Prozes, Timothy J. Blank,
Jeannine Bieter, Lea Harpster
a/k/a Lea Walstrom, Kevin Appold,
Kay Engler and Kirk Emmen,

Defendants.

---

**[redacted] ORDER**

---

The above-captioned matter was considered by the undersigned pursuant to Defendants' motion for a page limit extension pursuant to Local Rule 7.1(c), as set forth in Defendants' moving papers. Based upon the files, records, and proceedings herein:

**IT IS HEREBY ORDERED** that:

Defendants may exceed the 35-page limit contained in Local Rule 7.1(c) with respect to the memorandum of law and reply memorandum of law in support of their Motion for Summary Judgment by a total of ten (10) pages.

Dated: Aug. 1, 2002

The Honorable Michael J. Davis
United States District Court Judge

FILED 8-1-02
JUDGMENT ENTD ______
DEPUTY CLERK ______

306038-1