UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

June R. Williams,

Plaintiff,

v.

The Thomson Corporation, Thomson Publishing Corporation, West Publishing Corporation, d/b/a West Legal Publishing d/b/a West Group, Brian Hall, Andrew Prozes, Timothy J. Blank, Jeannine Bieter, Lea Harpster a/k/a Lea Walstrom, Kevin Appold, Kay Engler and Kirk Emmen,

Defendants.

Civil 00-2256 MJD/SRN

**SECOND STIPULATION AND ~~PROPOSED~~ ORDER TO AMEND PRETRIAL SCHEDULE**

WHEREAS, the current scheduling order requires that all dispositive motions be served, filed and heard by November 1, 2002; and

WHEREAS, defendant scheduled a hearing on their summary judgment motion for November 1, 2002; and

WHEREAS, the Court requires that all summary judgment motions be fully briefed 30 days prior to the hearing: and

WHEREAS, defendants therefore served their opening memorandum of law on plaintiff's counsel on August 15, 2002; and

WHEREAS, plaintiff's counsel called on September 20 and requested a two week extension to serve plaintiff's responsive brief; and

OCT 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

308209-1

10/01/2002 14:59 FAX 612 339 2723 LOCKRIDGE GRINDAL NAUEN 004/008
10/10/2002 14:08 FAX 612 339 2723 LOCKRIDGE GRINDAL NAUEN 003

WHEREAS, defendants have no objection to giving plaintiff an extension of time to respond to the summary judgment motion but that doing so requires a modification of the current scheduling order;

NOW THEREFORE, the parties, by and through their counsel, stipulate and agree that the Pretrial Scheduling Order shall be amended as follows:

1. The date by which dispositive motions shall be fully briefed, served and filed is November 1, 2002.

SO STIPULATED:

Dated: ________________

By: ________________
William D. Bell, Sr.
Second National Building
830 Main Street, Suite 604
Cincinnati, OH 45202

**ATTORNEY FOR PLAINTIFF**

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Dated: 10-10-02

By: ________________
Patricia A. Bloodgood, #157673
Susan E. Ellingstad, #243346
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANTS**



10/04/2002 14:58 FAX 612 339 2723 LOCKRIDGE GRINDAL NAUEN 005/008
10/10/2002 14:09 FAX 612 339 2723 LOCKRIDGE GRINDAL NAUEN 004

**IT IS SO ORDERED:**

After having reviewed all of the files, records, and proceedings herein, the Court makes the following amendments to the Pretrial Scheduling Order dated October 31, 2001:

1. The date by which dispositive motions shall be fully briefed, served and filed is November 1, 2002.

DATED: October 10, 2002

BY THE COURT:

Susan Richard Nelson

Honorable Susan Richard Nelson
United States Magistrate Judge



10/04/2002 14:58 FAX 612 339 2723 LOCKRIDGE GRINDAL NAUEN 008/008
10/10/2002 14:09 FAX 612 339 2723 LOCKRIDGE GRINDAL NAUEN 005