AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

June Williams,

V.

The Thomson Corporation, Thomson Publishing Corporation, West Publishing Company, d/b/a West Legal Publishing d/b/a West Group, Brian Hall, Andrew Prozes, Timothy J. Blank, Jeannine Beiter, Lea Harpster a/k/a Lea Walstrom, Kevin Appold, Kay Engler and Kirk Emmen,

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-2256 MJD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The defendants' motion for summary judgment is granted.

March 31, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie M. Rustad, Deputy Clerk

68

Modified:01/09/03