**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| JUNE WILLIAMS,<br><br>Plaintiff,<br><br>-Vs.-<br><br>THE THOMSON CORPORATION, THOMSON PUBLISHING CORPORATION, WEST PUBLISHING CORPORATION, d/b/a/ WEST LEGAL PUBLISHING d/b/a WEST GROUP, BRIAN HALL, ANDREW PROZES, TIMOTHY J. BLANK, JEANNINE BIETER, LEA HARPSTER a/k/a LEA WALSTROM, KEVIN APPOLD, KAY ENGLER and KIRK EMMEN,<br><br>Defendants. | : | Civil Action 00-2256<br><br>Judge Michael J. Davis<br>Magistrate SRN<br><br>**NOTICE OF APPEAL** |

**Notice** is hereby given that JUNE WILLIAMS appeals to the United States Court of Appeals for the Eighth Circuit from the MEMORANDUM ORDER AND OPINION entered in this action on March 31, 2003.

Respectfully Submitted,

William D. Bell, Sr. (0027596)
Counsel for June Williams
Suite 604, Second National Building
830 Main Street
Cincinnati, Ohio 45202

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF APPEAL has been served by ordinary U.S. mail, postage prepaid, addressed to Susan E. Ellingstad, counsel for the Defendants, Suite 2200, 100 Washington Avenue, South, Minneapolis, Minnesota, 55401-2179, on this the 28th day of April, 2003.

William D. Bell, Sr. 0027596
Attorney at Law

69

4-29-03

# UNITED STATES DISTRICT COURT

## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** May 12, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Julie Rustad, Deputy Clerk

**In Re:** District Court Case No.: 00-2256 MJD/SRN
Eighth Circuit Case No.:
Case Title: June Williams vs. The Thomson Corporation, et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- x Notice of Appeal
- x Order/Judgement appealed from
- x Docket Entries
- ☐
- ☐ Other:
  - x The statutory filing fee has been paid, receipt # 427433.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from 10/4/00.
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Modified 05/09/03

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

Date Returned to USDC: ______________________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☒ Yes, receipt # 427433 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☒ No

Are there any other pending post-judgement motions? ☐ Yes ☒ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☒ Yes ☐ No

If yes, please identify the court reporter:

Name: Brenda Anderson
Address: 300 Fourth Street
Room 1024
Minneapolis, MN 55415

Phone: 612 664-5104

x Forms A & B were not enclosed.

☐ Forms A & B were given to counsel at the counter.

☐ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

Julie Rustad Deputy Clerk

Modified 05/09/03