# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2395
00-22256 MJD/SRN

| | | |
|---|---|---|
| June Williams,<br><br>Appellant,<br><br>vs.<br><br>The Thomson Corporation; Thomson Publishing Corporation; West Publishing Company, doing business as West Legal Publishing, doing business as West Group; Brian Hall; Andrew Prozes; Timothy J. Blank; Jeannine Bieter; Lea Harpster, also known as Lea Walstrom; Kevin Appold; Kay Engler; Kirk Emmen,<br><br>Appellees. | * | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

August 25, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
OCT 25 2004
U.S. DISTRICT COURT MPLS