1861489

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 21, 2005

FILED

JAN 25 2005

MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: June R. Williams
v. Thompson Corporation, et al.
No. 04-8234
(Your No. 03-2395)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 13, 2005 and placed on the docket January 21, 2005 as No. 04-8234.

Sincerely,

**William K. Suter**, Clerk

by Ann McCamey
Ann McCamey
Case Analyst

SCANNED
FEB 2 - 2005
U.S. DISTRICT COURT MPLS

RECEIVED

JAN 25 2005

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 31, 2005

RECEIVED
BY U.S. MAIL
2005 FEB -2 AM 9:29
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-2395 June Williams vs. The Thompson Corp.

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

srd

Enclosure

District Court/Agency Case Number(s): CIV 00-2256 MJD/SRN